UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALONER SAINTILLUS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SUPREME COURT, et al.,<br><br>Defendants. | No. 2:23-cv-0776 KJM AC P<br><br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a document which consists of a "Declaration and Certificate of Sovereign Status," a "Declaration" related to "Reservations of Rights Public Notice," and a "Declaration-Proclamation of Nationalization." ECF No. 8. Plaintiff also asks for copies of the documents that he has filed to date. ECF No. 8 at 1.

The request for copies must be denied. If plaintiff wishes to receive copies of filings in this case, he must submit the request, along with the appropriate payment for copying costs, to the Clerk's Office.

////

1

     Accordingly, IT IS HEREBY ORDERED that plaintiff's filing docketed May 12, 2023 (ECF No. 8), is DENIED to the extent that it requests copies of documents that he has filed.

DATED: May 23, 2023

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE